IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BRANDON PUGH #165014**                                           **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 5:18-cv-32-DCB-MTP**

**JUSTIN GREEN,** *et al.*                                       **DEFENDANTS**

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Suggestion of Death [25] as to Defendant Charence Dorsey. Defense counsel in this matter filed the Suggestion of Death [25] on September 10, 2018 and represented that based upon information obtained from Wilkinson County Correctional Facility and *The Advocate* newspaper, Defendant Dorsey died on March 19, 2018. The Court also held an omnibus hearing in this matter on April 23, 2019, and Defense counsel represented again that Defendant Dorsey is deceased.

Under Rule 25(a)(1) of the Federal Rules of Civil procedure a motion must be made within 90 days of a suggestion of death to substitute a party. If a motion is not made, "the action by or against the decedent must be dismissed." *Id*. Plaintiff has not made such a motion and time for doing so has passed. Further, he indicated at the hearing the he did not intend to proceed with his claims against Defendant Dorsey. The undersigned, therefore, recommends that Defendant Dorsey be dismissed from this action.

## RIGHT TO OBJECT

In accordance with the rule and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge, and the opposing party. The District Judge at the time may accept, reject, or modify in whole or in part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court

1

with instructions. The parties are hereby notified that failure to file written objections to the proposed finding, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except on grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    THIS the 24th day of April, 2019.

                                            /s/Michael T. Parker
                                            United States Magistrate Judge